```
                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION

JAMES P. LAKE,

            Plaintiff,

v.                                 CASE NO. 8:07-CV-1115-T-17MSS

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

            Defendant.
_____/
```

ORDER

This cause is before the Court on:

      Dkt. 11 Memorandum in Support of Complaint
      Dkt. 12 Memorandum in Support of Commissioner's
       Decision
      Dkt. 15 Report and Recommendation

This case is a petition to obtain judicial review of a final decision of the Commissioner of the Social Security Administration denying claims for continuance of childhood disability benefits under the Social Security Act.

The recommendation of the assigned Magistrate Judge is that the Court affirm the decision of the Commissioner, enter a final judgment in favor of the Commissioner, and close this case.

The Court has independently reviewed the pleadings, including the Administrative Record.  No objections to the Report and Recommendation have been filed.  After consideration, the Court adopts the Report and Recommendation, which is incorporated

Case No. 8:07-CV-1115-T-17MSS

herein by reference.  Accordingly, it is

**ORDERED** that the Report and Recommendation is adopted and incorporated by reference.  The Court **affirms** the decision of the Commissioner denying claims for continuance of childhood disability benefits.  The Clerk of Court shall enter a final judgment in favor of Defendant Michael J. Astrue, Commissioner of Social Security, and close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 16th day of September, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record

2